UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TACOMA DANIELS,<br><br>      Plaintiff,<br><br>      v.<br><br>DIMMOCK STREET COMMUNITY HEALTH CENTER,<br><br>      Defendant. | Civil Action No. 22-cv-12208-DLC<br><br><br>**ORDER** |

**CABELL, Magistrate Judge**

    Tacoma Daniels initiated this action by filing a *pro se* civil complaint and he has been granted leave to proceed *in forma pauperis*. Daniels was ordered to file, on or before April 14, 2023, an amended complaint that asserts a basis for this court's jurisdiction and states a plausible claim for relief. ECF No. 7. On April 3, 2023, Daniels filed motions to appoint counsel and for extension of time to file an amended complaint. ECF Nos. 8, 9.

    Upon review of these documents, the Court hereby orders:

1.     The motion [ECF No. 8] for appointment of counsel is DENIED WITHOUT PREJUDICE. . There is no constitutional right to a free lawyer in a civil case. *See DesRosiers v. Moran*, 949 F.2d 15, 24 (1st Cir. 1991). The court does not have the funds to pay attorneys to represent plaintiffs in civil cases and will appoint counsel only in cases that present exceptional circumstances likely to result in denial of a fundamental right. The plaintiff qualifies as indigent, as evidenced by the fact that he has been granted leave to proceed *in forma pauperis*. However, he has not demonstrated exceptional circumstances. Nearly all *pro se* parties that

institute litigation are untrained in the law and have no experience researching and preparing legal arguments, filing motions, and subpoenaing witnesses.

2. The motion [ECF No. 9] for extension of time to file an amended complaint is ALLOWED.  The court extends the deadline to May 31, 2023, for plaintiff to file an amended complaint that asserts a basis for this court's subject matter jurisdiction and states a plausible claim for relief.  Failure to comply with this Order in the requisite time frame likely will result in the dismissal of this action pursuant to 28 U.S.C. §1915(e)(2)(B).

    /s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  April 27, 2023