UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
TACOMA DANIELS,                 )
         Plaintiff,             )
                                )        CIVIL ACTION
         v.                     )        NO. 22-12208-WGY
                                )
DIMMOCK STREET COMMUNITY HEALTH )
CENTER, LLC,                    )
         Defendant,             )
                                )
```

YOUNG, D.J.                                      June 1, 2023

**ORDER**

　　Tacoma Daniels, proceeding pro se, initiated this action on December 23, 2022.  Doc. No. 1.  The case was randomly assigned to a Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges.  Doc. No. 2.  In the absence of a consent to the Magistrate Judge's jurisdiction, that initial assignment is treated as a referral to the Magistrate Judge under 28 U.S.C. § 636(b).  Id.

　　On May 12, 2023, the Magistrate Judge issued an Order for Reassignment and Report and Recommendation recommending that the dismissal of plaintiff's amended complaint pursuant to 28 U.S.C. §1915(e)(2)(B).  Doc. No. 13.  The Magistrate Judge concluded that the amended complaint failed to state a claim under federal law and the Court need not retain supplemental jurisdiction over any state law claims.

Objections to the Report and Recommendation were due on May 12, 2023.  Plaintiff has not filed an objection or response to the Report and Recommendation.

Based upon the foregoing, it is hereby Ordered that

1.  The Court adopts the Magistrate Judge's Report and Recommendation and dismisses this action pursuant to 28 U.S.C. § 1915(e)(2)(B).  The clerk shall enter a separate order of dismissal.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

[2]